# Exhibit 1

# (Audio File)